IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICIA A. BOND,

    Plaintiff,

v.                                      CASE NO. 5:05cv78-RH/WCS

CITY OF PANAMA CITY BEACH,

    Defendant.

_____/

## ORDER GRANTING SUMMARY JUDGMENT

For the reasons set forth at length on the record of the hearing of November 3, 2005,

IT IS ORDERED:

Defendant's motion for summary judgment (document 34) is GRANTED. The clerk shall enter judgment stating, "All of plaintiff's claims are dismissed with prejudice." All other pending motions are denied as moot.

SO ORDERED this 4th day of November, 2005.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge